**No. 62085.**—Lyons Transport *v.* United States, protests 326007–K/9338 and 326008–K/9339 (Chicago).

Opinion by WILSON, J.   The protests were dismissed.

BEFORE THE THIRD DIVISION, JUNE 17, 1958

**No. 62086.**—Air Clearance Association, Inc. *v.* United States, protest 314050–K (A) (New York).

Opinion by JOHNSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62087.**—Musco & Co. *v.* United States, protest 310382–K (New York).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of cheese similar in all material respects to that the subject of *Fontana Hollywood Corp.* v. *United States* (30 Cust. Ct. 98, C. D. 1503), the claim of the plaintiff was sustained.

**No. 62088.**—General Systems Service, Inc. *v.* United States, protest 308064–K (New York).

Opinion by RICHARDSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.